IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:22CR228 |
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| v. | ) | |
| | ) | |
| ANKITA SINGH | ) | PROTECTIVE ORDER RE: |
| | ) | GRAND JURY TRANSCRIPT |
| Defendant. | ) | |

WHEREAS, the United States has moved the Court for, and Defendant has not objected to, entry of a protective order applicable to Protected Information (as defined herein) that is produced in this case;

WHEREAS, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the Court finds that good cause exists for the entry of a protective order in this case; and

WHEREAS, the United States has proposed, and Defendant has not objected to, a procedure that allows reasonable use of the Protected Information to allow Defendant to prepare for trial in this case.

IT IS HEREBY ORDERED:

1.     As used in this Order:

(a) "Defense Team" shall mean: the defendant and her counsel of record in this case.

(b) "Protected Information (Other Criminal Matter)" shall mean: transcripts of Grand Jury testimony, investigative materials, and other protected information in a separate pending criminal matter.

2. Protected Information (Other Criminal Matter) shall be used for the purpose of trial and appellate proceedings in this action and for no other purpose. In no event will the Defense Team disclose, directly or indirectly, Protected Information (Other Criminal Matter), or the substance thereof to anyone, including the media (excepting any disclosures that may occur during public proceedings at a hearing, trial, or appeal in connection with this matter), and may not be shared with defense counsel in any other prosecution.

3. Nothing in this Order shall operate or be construed to operate as restricting any defendant's right to meaningful communication with defense counsel or to abrogate the United States' duty to provide exculpatory evidence to any defendant.

4. Nothing in this Order shall prevent the United States or Defense Team from using the Protected Information (Other Criminal Matter), or from referring to or reciting any information contained, in connection with any pleadings or motions filed in this action, provided that such material is properly redacted or, if such redactions cannot be readily accomplished, filed under seal.

5. The inadvertent or unintentional disclosure of the Protected Information (Other Criminal Matter) shall not be deemed a waiver of the confidentiality of such material or other information relating to the same or related subject matter. Upon discovery of inadvertent error with regard to the disclosure, all parties shall to the extent reasonably possible, cooperate to restore the confidentiality of the material that was inadvertently or unintentionally disclosed.

6.      Leave to deviate from the conditions of this Order must be requested from the Court in writing.

7.      Failure to comply with the terms of this Order may be punishable by contempt of court or by whatever other sanction the Court shall deem just.

**IT IS SO ORDERED** this ___30th___ day of November 2023.


_s/ Jack Zouhary_____
JUDGE JACK ZOUHARY
UNITED STATES DISTRICT JUDGE