IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                             Case No.  3:22 CR 228

                              Plaintiff,          O R D E R

                -vs-                              JUDGE JACK ZOUHARY

Ankita Singh,

                              Defendant.


This Court held a Phone Conference on October 21, 2025.  Appearances:  Defendant appeared with counsel Stephen Lee and Mark Wagoner; Angelita Cruz Bridges and Dexter Phillips appeared for the Government.

At the request of counsel, this Court sets a Jury Trial for the week of **March 23, 2026**.  A Trial Order will follow.  A Zoom Final Pretrial is set for **Tuesday, March 10, 2026 at 2 PM**.  The Zoom invitation will be circulated prior to that conference.

This Court finds the time period until March 23, 2026 is excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1) to provide Defendant reasonable time to further investigate this case, review discovery, and prepare for trial. Taking all factors into consideration, this Court finds that the interests of justice served during this time outweigh the interest of the public and Defendant in obtaining a speedy trial.

IT IS SO ORDERED.

                                        s/ *Jack Zouhary*
                                        JACK ZOUHARY
                                        U. S. DISTRICT JUDGE

                                        October 21, 2025