IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:22-CR-228 |
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHRY |
| | ) | |
| v. | ) | |
| | ) | |
| ANKITA SINGH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Upon motion of the United States and for good cause shown, IT IS HEREBY ORDERED

that the United States may file its Petition and Proposed Order under seal.

 

_____

JUDGE ZACK ZOUHARY
UNITED STATES DISTRICT JUDGE

Date: _____